No. 75–115. DiDonato *v.* Feldman et al. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 75–140. Reithoffer's, Inc. *v.* Board of Supervisors of Fairfax County, Virginia. Appeal from Cir. Ct. Va., Fairfax County, dismissed for want of substantial federal question.

No. 74–1565. Seacoast Transportation Co. *v.* Perez et al. Appeal from Sup. Ct. Fla. Motion of appellee Perez for leave to proceed *in forma pauperis* granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Mr. Justice Powell took no part in the consideration or decision of this motion and appeal.

No. 74–1628. Hutter *v.* Korzen, Treasurer of Cook County. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of jurisdiction, it appearing that there is no final judgment of the highest court of a State wherein a judgment could be had as required by 28 U. S. C. § 1257.

No. 74–6441. Lowell *v.* Aman, aka Johanson, et al. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question. Mr. Justice Douglas would note probable jurisdiction and set case for oral argument.

No. 75–26. Lucas et al. *v.* Arkansas. Appeal from Sup. Ct. Ark. dismissed for want of substantial federal question. Mr. Justice Douglas and Mr. Justice Marshall would note probable jurisdiction and set case for oral argument.